UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  
PABLO & FAVIOLA PEREZ  
DEBTORS

CHAPTER 13 PROCEEDING:  
05-11741-B-13

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Saturday, Oct 15, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below cannot identify account.

   CITIFINANCIAL  
   825 W DOVE AVE  
   MCALLEN, TX  78504

5. As a result, funds owed to the creditor in the amount of $208.38 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, November 19, 2010

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                                                                    CHAPTER 13 PROCEEDING:
PABLO & FAVIOLA PEREZ                                               05-11741-B-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Nov 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee


PABLO AND FAVIOLA PEREZ                 WILLIAM A CSABI
130 W TULIP                                                     1213 E TYLER
MCALLEN, , TX  78504                            HARLINGEN, TX  78550

CITIFINANCIAL
825 W DOVE AVE
MCALLEN, TX  78504